IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01556-WDM-PAC

GRAPHIC PACKAGING CORPORATION,

     Plaintiff,

v.

LITTLER MENDELSON, P.C.,
FRANKLIN A. NACHMAN AND
KAREN E. FORD, a/k/a Karen Erickson-Ford,

     Defendants.

_____

# ORDER OF RECUSAL
_____

     Given the nature of this case, I conclude that my impartiality might reasonably be questioned because of possible personal bias or prejudice concerning defendant Karen E. Ford as the result of negative impressions of her representation in another case before me.  I therefore recuse myself pursuant to Canon 3.C.(1)(a) of the Code of Conduct for United States Judges and refer this matter to the Clerk of the court for random reassignment to one of my colleagues.

     DATED at Denver, Colorado, on August 17, 2005.

                          BY THE COURT:


                          /s/ Walker D. Miller
                          United States District Judge

PDF FINAL