IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01556-MSK-PAC

GRAPHIC PACKAGING CORPORATION,

     Plaintiff(s),

v.

LITTLER MENDELSON, P.C.,
FRANKLIN A. NACHMAN, and
KAREN E. FORD, a/k/a Karen Erickson-Ford,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that Defendants' Unopposed Motion to Vacate and Reset November 30, 2005 Scheduling/Planning Conference [filed October 28, 2005] is **GRANTED** as follows:

     The Scheduling Conference set for November 30, 2005 is *vacated and reset* to **December 8, 2005 at 8:30 a.m.**, in Courtroom A501. The proposed Scheduling Order is due on or before **December 5, 2005.**

     In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated: November 1, 2005