IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01556-MSK-PAC

GRAPHIC PACKAGING CORPORATION,

    Plaintiff(s),

v.

LITTLER MENDELSON, P.C.,
FRANKLIN A. NACHMAN, and
KAREN E. FORD, a/k/a Karen Erickson-Ford,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
February 22, 2006

    The matter before the court is the parties' Unopposed Motion to Amend Scheduling Order, Doc. # 50, and the Court, having reviewed the Motion and finding good cause, hereby

    ORDERS that the parties' Unopposed Motion to Amend Scheduling Order, Doc. # 50, is GRANTED as follows:

    1. The current deadline for Joinder of Parties and Amendment of Pleadings in Section 7(a) is extended to March 14, 2006.

    2. The deadline for designating experts and providing experts' disclosures in Section 7D(3) is extended to March 27, 2006.

    3. The deadline for designating rebuttal experts and providing required disclosures under Rule 26(a)(2) is extended to April 27, 2006.

    4. The discovery cutoff is extended to June 5, 2006.

    5. The Dispositive Motion deadline is extended to July 5, 2006.