IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01556-MSK-PAC

GRAPHIC PACKAGING CORPORATION,

    Plaintiff(s),

v.

LITTLER MENDELSON, P.C.,
FRANKLIN A. NACHMAN, and
KAREN E. FORD, a/k/a Karen Erickson-Ford,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendants' Unopposed Motion to Vacate and Reset May 30, 2006 Settlement Conference [filed March 16, 2006; Doc. No. 62] is **GRANTED** as follows:

    The Settlement Conference set for May 30, 2006 is *vacated and reset* to **June 8, 2006 from 1:30 - 5:00 p.m.** Confidential Settlement Statements are due on or before **June 5, 2006.** *Counsel and parties with full authority to settle must be present.*

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  March 16, 2006