IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01556-MSK-PAC

GRAPHIC PACKAGING CORPORATION,

       Plaintiff,

v.

LITTLER MENDELSON, P.C.,
FRANKLIN A. NACHMAN, and
KAREN E. FORD, a/k/a Karen Erickson-Ford,

       Defendants.

_____

**ORDER SCHEDULING LAW AND MOTIONS HEARING**
_____

**THIS MATTER** is before the Court pursuant to the Defendant's Motion to Compel Arbitration and Request for Forthwith Ruling **(#79)**. The Court will hear this motion at a 15-minute, non-evidentiary hearing on **May 1, 2006 at 3:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall bring their calendars.

Dated this 12th day of April 2006.

                                              **BY THE COURT:**

                                              */s/ Marcia S. Krieger*

                                              Marcia S. Krieger
                                              United States District Judge