IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01556-MSK-PAC

GRAPHIC PACKAGING CORPORATION,

    Plaintiff(s),

v.

LITTLER MENDELSON, P.C.,
FRANKLIN A. NACHMAN, and
KAREN E. FORD, a/k/a Karen Erickson-Ford,

    Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
April 20, 2006

    Upon careful review of Plaintiff's [opposed] Motion for Leave to File a Third Amended Complaint, Doc. # 89, and finding due diligence on the part of plaintiff's counsel and sufficient grounds for amendment because the amendment incorporates a claim for breach of the engagement agreement attached to defendants' Motion for Leave to File Amended Answer, Doc. # 59, and incorporates two additional claims which arose upon the depositions of the named defendant attorneys, see Plaintiff's Motion for Leave to File a Second Amended Complaint, Doc. # 58, it is hereby

    **ORDERED** that, under Rule 15, Fed.R.Civ.P's liberal provisions for the amendment of pleadings, Plaintiff's Motion for Leave to File a Third Amended Complaint, Doc. #89, is GRANTED. The Court shall accept as filed this date the Third Amended Complaint tendered with plaintiff's motion as Exhibit 2. It is further

    **ORDERED** that Plaintiff's Motion for Leave to File a Second Amended Complaint, Doc. # 58, therefore is DENIED as moot. It is further

    **ORDERED** that, no response having been filed, the motion is deemed confessed, and accordingly, defendants' Motion for Leave to File Amended Answer, Doc. # 59, is GRANTED. The Court shall accept as filed this date the Amended Answer to First Amended Complaint with its Exhibit which was tendered with defendants' Motion.