IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01556-MSK-PAC

GRAPHIC PACKAGING CORPORATION,

    Plaintiff(s),

v.

LITTLER MENDELSON, P.C.,
FRANKLIN A. NACHMAN, and
KAREN E. FORD, a/k/a Karen Erickson-Ford,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS **ORDERED** that Defendants' Motion to Vacate and Reset May 23, 2006 Hearing on "Motion for Protective Order Regarding Plaintiff's 30(b)(6) Deposition of Littler Mendelson" [filed May 5, 2006; Doc. No. 105] is **GRANTED** as follows:

    The Motions Hearing set for May 23, 2006 at 3:00 p.m. is ***vacated.***

    IT IS **FURTHER ORDERED** that Ms. Elizabeth Starrs shall conference call opposing counsel and the Court at: 303-844-4892, by May 15, 2006 to set another date for the hearing on the Motion for Protective Order.

Dated:  May 8, 2006